No. 357. Ex PARTE PEDRO MANZANO AVIÑÓ, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se

dé por terminada la fianza notarial No. 1913 otorgada por dicha compañía en noviembre 19, 1912. Resuelto en julio 1, 1913. por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en agosto 30, 1913.